UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

IN RE: §
AMERIFORGE GROUP INC. §
§ CASE NO. 17-32660
§ CHAPTER 11
DEBTOR §

### CHAPTER 11 POST-CONFIRMATION REPORT
### FOR THE QUARTER ENDING JUNE 2017

1. [✓] Quarterly or [ ] Final (check one)

2. **SUMMARY OF DISBURSEMENTS\*:**

   A. Disbursements made under the plan (itemize on page 3)   $ 20,569,441.53
   B. Disbursements not under the plan                          $ 63,144,713.31
        Total Disbursements                                     $ 83,714,154.84

   \*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?   [✓] Yes  [ ] No
4. Are Plan payments being made as required under the Plan?   [✓] Yes  [ ] No
5. If "No", what Plan payments have not been made and why?
   Please explain: N/A

6. If plan payments have not yet begun, when will the first plan payment be made? N/A (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 6/8/17 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.
   None

9. Complete the form for Plan Disbursements attached.

10. **CONSUMMATION OF PLAN:**

    A. If this is a final report, has an application for Final Decree been submitted\*?
       [✓] Yes  Date application was submitted 9/7/17
       [ ] No   Date when application will be submitted _____
       \*(If required by Local Rule)

    B. Estimated Date of Final Payment Under Plan  6/8/17

    INITIALS _____
    DATE _____
    UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: /s/ Tom Giles                          DATE: 9/19/17
        Tom Giles
        (PRINT NAME)

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| Case Name | AMERIFORGE GROUP INC., et al. |
| Case No. | 17-32660 |
| Petition: | 4/30/2017 |
| Emergence: | 5/8/2017 |
| TX District: | Southern |
| Division: | Houston |
| Period: | Q2 2017 |

| Case No. | Entity Name | Disbursements Made Under Plan to: | | | | | Total Plan | Disb. from Ops. | Total Disb. | Quarterly Fee |
| | | Professionals | Sec. Credit. | Pri. Credit. | Unsec. Credit. | Equity | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17-32660 | 230 Bodwell Corporation (Massachusetts) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 325 |
| 17-32662 | Advanced Joining Technologies, Inc. (California) | | | | | | | | | | 325 |
| 17-32663 | AF Gloenco Inc. (Delaware) | | | | | | | | | | 6,500 |
| 17-32664 | AFG Brazil Holding LLC (Texas) | | | | | | 8,157 | 8,157 | 1,522,524 | 1,530,682 | 325 |
| 17-32665 | AFG Brazil, LLC (Texas) | | | | | | | | | | 325 |
| 17-32668 | Allpoints Oilfield Services LLC (Texas) | | | | | | | | 265,006 | 265,006 | 1,950 |
| 17-32669 | Ameriforge Corporation (Texas) | | | | | | 7,391 | 7,391 | 23,512,479 | 23,519,870 | 20,000 |
| 17-32670 | Ameriforge Cuming Insulation LLC (Texas) | | | | | | | | | | 325 |
| 17-32660 | Ameriforge Group Inc. d/b/a AFGlobal Corporation | 8,420,177 | 4,252,628 | 4,052,500 | 3,221,443 | | 601,746 | 20,548,494 | 3,492,031 | 24,040,525 | 20,000 |
| 17-32671 | Century Corrosion Technologies LLC (Texas) | | | | | | | | | | 325 |
| 17-32672 | Cuming Corporation (Massachusetts) | | | | | | | | | | 4,875 |
| 17-32673 | Dynafab Acquisitions Corp. (Texas) | | | | | | | | 821,521 | 821,521 | 325 |
| 17-32674 | Flotation Technologies LLC (Texas) | | | | | | | | | | 325 |
| 17-32675 | FR AFG Holdings, Inc. (Delaware) | | | | | | | | | | 325 |
| 17-32678 | NRG Manufacturing Louisiana LLC (Texas) | | | | | | | | | | 325 |
| 17-32676 | NRG Manufacturing, Inc. (Texas) | | | | | | | | 29,977,635 | 29,977,635 | 20,000 |
| 17-32679 | Steel Industries Inc. (Delaware) | | | | | | 1,268 | 1,268 | 3,461,166 | 3,462,434 | 10,400 |
| 17-32682 | Taper-Lok Corporation (Delaware) | | | | | | 4,132 | 4,132 | 92,352 | 96,483 | 975 |
| 17-32667 | AFG Louisiana Holdings Inc. (Delaware) | | | | | | | | | | 325 |
| 17-32680 | Steel Industries Real Estate Holding LLC | | | | | | | | | | 325 |
| | Total | $ 8,420,177 | $ 4,252,628 | $ 4,052,500 | $ 3,221,443 | $ - | $ 622,693 | $ 20,569,442 | $ 63,144,713 | $ 83,714,155 | $ 88,600 |